**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

BETH L. NEUGASS
SUPERVISING U.S. PROBATION OFFICER

April 27, 2012

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

Honorable Dennis M. Cavanaugh
United States District Court Judge
U.S. Post Office and Courthouse
Room 451
PO Box 999
Newark, New Jersey 07101-0999

RE:       GONZALEZ, Sadiel
Dkt. #:   02-00873-001
**Request to Dismiss the Violation of Supervised Release**

Dear Judge Cavanaugh:

The above-named individual appeared before Your Honor on November 26, 2003, for sentencing on a charge of possession of a firearm as a convicted felon in violation of Title 18 U.S.C. § 922(g)(1) & (2). Gonzalez was sentenced to thirty (30) months imprisonment followed by a thirty-six (36) month term of supervised release. There were no special conditions imposed. The offender was ordered to pay a $100 special assessment which he satisfied in full on December 13, 2004. He was further ordered to pay a $500 fine.

On February 25, 2009, the United States Probation Office submitted a Probation Form 12C outlining the offender's failure to report within seventy-two (72) hours following his release from custody, as well as, his arrest on November 20, 2008. On February 9, 2009, a one-count criminal complaint was filed in United States District Court for the District of New Jersey, charging the offender with violating Title 21 U.S.C. §§ 841(a) and (b)(1)(B). On February 25, 2009, at the request of the undersigned officer, Your Honor signed an order issuing an arrest warrant for this offender pending a violation of supervised release hearing.

On February 23, 2009, Gonzalez appeared before the Honorable Michael A. Shipp for an initial bail hearing, at which time, he was remanded without bail pending further court proceedings. On June 1, 2011, the Honorable Katharine S. Hayden sentenced Gonzalez to 188 months imprisonment following his conviction in U.S. District Court for Distribution and Possession with Intent to Distribute 100 grams of more of Heroin in violation of Title 21 U.S.C. § 841 (a)(1) & (b)(1)(B); Dkt No. 2:2009-709-1. Currently, the offender is confined at USP Coleman, a high security federal penitentiary, located in Coleman, Florida, with a projected release date of July 16, 2022. Following his release from the Bureau of Prisons, the offender will commence his five-year term of supervised release for this new conviction. Based on this information, our office respectfully recommends that Your Honor dismiss the violation of supervised release petition permitting this case to be closed.

Should Your Honor require additional information or wish to discuss this matter further, please contact the undersigned officer at (609) 989-2370. Thank you.

Respectfully Submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Elizabeth Villamas*

By: Elizabeth Villa
    Senior U.S. Probation Officer

THE COURT ORDERS:

[X] The dismissal of pending violation of supervised release re: Docket No. 02-00873-001
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

5/1/12
Date